Ray Albert HUSSEY *v.* STATE of Arkansas

CR 99-61                                          983 S.W.2d 438

Supreme Court of Arkansas
Opinion delivered February 4, 1999

*G.B. "Bing" Colvin III*, for appellant.

No response.

P ER CURIAM. Appellant Ray Albert Hussey has filed a motion for rule on the clerk. The motion reflects that the notice of appeal was filed October 13, 1998; however, the record was not tendered until January 12, 1999, more than ninety days later. *See* Ark. R. App. P.—Civ. 5(a). His attorney, G.B. "Bing" Colvin III, admits in the motion that the record was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Davis v. State*, 335 Ark. 136, 983 S.W.2d 122 (1998) (*per curiam*); *Harkness v. State*, 264 Ark. 561, 572 S.W.2d 835 (1978). A copy of this *per curiam* opinion will be forwarded to the Committee on Professional Conduct. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

Motion granted.